```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

**KYRON WATKINS**                                                    **PLAINTIFF**

        v.            Civil No. 09-6077

**RICHARD GARRETT**, Prosecuting
Attorney, Hot Springs Circuit
Court                                                                **DEFENDANT**

## O R D E R

Now on this 20th day of August, 2010, come on for consideration defendant's **Application To Proceed Without Prepayment Of Fees** (document #14) and the **Report And Recommendation Of The Magistrate Judge** (document #16), to which there is no objection. The Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendant's **Application To Proceed Without Prepayment Of Fees** (document #14) is **denied**.

**IT IS FURTHER ORDERED** that the Clerk of Court immediately serve a copy of this Order on all parties, and forward a copy to the Eighth Circuit Court of Appeals as notice of the denial of plaintiff's Application to Proceed Without Prepayment of Fees.

Plaintiff is advised that he may file a motion to proceed on appeal in forma pauperis with the Eighth Circuit Court of Appeals within thirty (30) days after service of this notice.

**IT IS SO ORDERED.**

                                    **/s/ Jimm Larry Hendren**
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**